# Harrisburg Bureau of Police



# Field Training and Evaluation Manual
# 2020

# Contents

Policy                                                                      2

Purpose of Field Training                                                   5

Training Program Evaluation                                                 6

Common Performance Appraisal                                                8

Daily Observation Report                                                    9

Standardized Evaluation Guidelines                                         10

    Appearance                                         10

    Attitude                                           10

    Relationships                                      11

    Performance                                        11

    Report Writing                                     12

    Field Performance                                  13

    Investigation                                      13

    Self-Initiated Field Activity                      14

    Officer Safety                                     14

    Problem Solving/Decision Making                    15

    Police Radio Procedures                            15

    Knowledge                                          15

Training Materials                                                         18

    Phase Sign-Off Sheets                              19

    Remedial Training Form                             19

    Remedial Training Follow-Up Form                   19

    Phase Quizzes                                      19

    FTO Incident Checklist                             20

Procedure for Recommending Termination of Employment                       21

# Policy and Objectives

The Harrisburg Bureau of Police, in keeping with the strictest levels of performance requirements, must strive to maintain the highest standards of professionalism. The attainment of highly trained Police Officers shall remain a fundamental goal of the Bureau.

The Field Training and Evaluation Program has been developed and implemented to meet this responsibility. The program will be administrated by the Training Coordinator and shall receive support from all Bureau divisions.

The features of the program will provide a sound structure and basic foundation for the learning process that each trainee will undergo. The parameters of the training and evaluation will be determined by the Training Coordinator. These parameters will be carefully scrutinized on a regular basis to ensure that they are up to date and provide for equal and standardized training and evaluation. The standards of proficiency set by the Field Training and Evaluation Program are meant to ensure that each officer completing the training will received the necessary instructions and guidance under field conditions to meet the standards of the Bureau. These guidelines shall also serve as standards for the acceptance of a trainee as a permanent officer at the end of the probationary period.

The administration of the Harrisburg Police Bureau is committed to tenets of this program and gives full support to the Field Training and Evaluation Program concepts, which are absolutely necessary for the successful achievement of the Bureau's stated goals.

1. To produce a highly trained and positive motivated police officer capable of meeting or exceeding standards of performance required by the Harrisburg Police Bureau.
2. To provide equal and standardized training to all newly hired police officers and to provide remedial training in those areas where deficiencies are identified.
3. To build on the foundation of knowledge given at the police academy, thereby creating an environment in which the trainee may develop new skills as well as increase proficiency in those acquired in the academic setting.
4. To improve the Bureau screening process by providing on-the-job observation of each trainee's performance.
5. To establish an appraisal system which is valid and job related, utilizing a standardized and systematic approach to the documented measurement of probationary officer performance.
6. To establish career paths within the Bureau by providing qualified officers with additional training and opportunities to develop leadership skills.
7. To ultimately increase the overall efficiency and effectiveness of the Bureau by enhancing the climate of professionalism and competency demanded by the standards of law enforcement.

The Training Coordinator will be responsible for the administration of the Field Training Program. The Training Coordinator will be responsible for reporting directly to the Chief of Police regarding the status of the trainees.

The Field Training Officer (FTO) shall be drawn from the Uniform Patrol Division. The Field Training Officer will demonstrate above-average qualities and be interested in transmitting his/her skill and knowledge to others.

Prior to assignment to a Field Training Officer, the trainee will be instructed on the objectives, evaluation process and remedial training so that he/she can better understand the program and realize what is expected.

The Field Training Program will be for eighteen (18) weeks, except when remedial training causes the trainee to exceed that time frame.

Upon entering the Field Training Officer Program, the trainees will be assigned as follows:

**1st -6th week**

The Trainee will be assigned to the Training Coordinator for in-house orientation. During this time, the trainee will be taught Bureau General Orders, Field Reporting, Computer-Aided Dispatch, In-Synch, I-mobile and report writing. They will participate in one (1) week of situational training which will encompass building searches, building searches, building approach, vehicle positioning on in-progress calls and vehicle stops (in daylight and night time situations). An overview of all Divisions will be covered during this time. In addition, the trainee will be certified in the utilization of ECD, OC spray and the A.S.P collapsible baton.

**7th – 10th week**

The trainee will be assigned to a Field Training Officer for "Phase 1" of the FTO Training. This Field Training Officer will be considered the "Primary Field Training Officer". During the first week, the trainee will be an observer and will not be evaluated. They will not drive any vehicles or complete any reports. Each week thereafter, the trainee will assist with handling calls, writing reports, conducting traffic stops etc., while being observed and evaluated by the Field Training Officer.

**11th – 14th week**

The trainee will be assigned to a second Field Training Officer for "Phase 2" of the FTO Training. They will continue to handle calls while being trained and evaluated by the Field Training Officer,

**15th – 17th week**

The Trainee will be assigned to a third Field Training Officer for "Phase 3" of FTO Training. They will continue to handle calls while being trained and evaluated by the Field Training Officer.

**18th Week**

The trainee will return to their Primary Field Training Officer for the "Solo Effect," whereby the Field Training Officer is the observer only and continues to observe and evaluate while the trainee handles the calls. Upon successful completion of the program, the trainee will be assigned to regular duty as a probationary employee.

## Purpose of Field Training

1.  Increased support for management and administrative policies.

2.  The possibility of negligent retention and negligent admission complaints is reduced.

3.  Dollars are saved in elimination of non-qualified personnel.

4.  An agency-wide standardization of procedures, training and evaluation is developed.

5.  Individual competency is identified for promotional purposes. Supervisory skills are practiced by Field Training Personnel before promotions.

6.  Another career path is created for the Field Training Officer.

7.  Field Training Officers are motivated through increased involvement in decision-making and the creation of a climate of participation.

8.  The trainee gets "up to speed" more efficiently through effective training while on the job.

9.  The Field Training Officer becomes more capable, more knowledge and a more efficient and safer through his or her responsibility as a "role model" to the trainee.

# Training Program Evaluation

The trainee's first few days in the Field Training Program are the most critical from the standpoint of learning and development. It is during this period that important attitudes and behavior patterns are established. During the first few days of training, the trainee forms permanent attitudes towards the division and patrol work. This is also the time that the trainee learns what is expected of them during training and during their whole patrol career. The trainee should expect to be challenged and put in his / her proper place by his/her supervisor. Any comments their superior makes to them about their performance should be taken very seriously. They should be very concerned about meeting the requirements of the Training Program and following the instructions of their Field Training Officer. The should have the desire to succeed.

Even though a trainee should be expected to conform to the training regimen and to respond to instruction, the Field Training Officer should realize that there are natural forces that work on the trainee to make their first days in training more difficult than they would be otherwise. These natural forces tend to decrease the quality of the trainee's performance. The trainee is faced with the prospect of starting a new job; or for the trainee who comes to another division, the prospect of starting a new situation. Change or the facing of a new situation is very disconcerting for all of us. When placed in a new situation, most everyone is caught off guard and reacts with a less than perfect response. The trainee is no different. The Field Training Officer because of his/her experience, may no longer feel the uncertainty of starting a new job but should remain objective about his/her expectations of a new trainee and try to make them feel as comfortable as possible in this new situation.

The Field Training Officer should remember how he/she felt in his/her own initial situation to better appreciate the trainee's predicament. The trainee's problems and fears can be allayed by the simple application of a little human understanding and compassion from the Field Training Officer. The trainee should not be pampered; but should be treated realistic, understanding and patient manner.

During the initial orientation process, the Field Training Officer should establish a friendly, open and professional rapport with the trainee. Development and learning come through effective communication. Rapport is conductive to communication as people are not comfortable sharing their ideas, questions or feelings unless they sense that the listener is open to the conversation. The Field Training Officer should convey this open, positive attitude toward the trainee in order for them to succeed in the program. The trainee needs to believe that their Field Training Officer want them to succeed and will help in the achievement of this success.

It is particularly important for a Field Training Officer to maintain a positive an objective attitude when they receive a trainee who was not performed well with another Field Training Officer. The new Field Training Officer should give the trainee every opportunity to improve. The Field Training Officer should base the trainee on their own independent observations and not rely on another officer's comments. It is entirely possible that the change of training officer and the application of a positive attitude by a new Field Training Officer may elicit a different response in acceptable performance by the trainee. Different personalities can result in completely different responses.

6

Sufficient flexibility has been designed into the program so the individual needs of the trainee and the overall needs of the department can both be met. It is expected that a new trainee will have the necessary qualities as well as the desire to succeed and with the proper training, the majority of the trainees will become acceptable officers. It is therefore incumbent upon the program staff and the Field Training Officers to work within the acceptable limits to apply an individual training approach to each trainee so that they may fully develop during training. Again, the atmosphere should be one in which the trainee has the maximum opportunity to succeed. It should be noted that there is a quicker response to positive feedback rather than negative feedback. Within the limits of good judgment, a Field Training Officer should use realistic and established training methods that are conductive to the trainee's personality, needs and development as a patrol officer.

In summary, the Field Training Officer should recognize that the first few days of training are critical. The Field Training Officer must apply an effective orientation process that adequately takes into account in the very real and natural forces that serve to lessen a trainee's performance. The Field Training Officer should work to create a positive learning environment that suits the individual characteristics and development of their trainee. Above all, the Field Training Officer should begin to use a selection of good, reliable and acceptable training techniques that are most conductive to producing a viable solo street officer with a professional orientation.

## Common Performance Appraisal Errors

Person Oriented appraisal methods suffer from numerous shortcomings and inevitability result in rating errors. Some of the most common are as follows:

1. Error of Leniency- occurs when the rater marks most of the reports in the highest category, resulting in an overrating of the employee.

2. Error of Personal Bias-occurs when the rater allows personal feelings about an employee to affect the employee's rating. Likes or dislike tend to limit appraisal objectively.

3. Error of Central Tendency- occurs when the rater places al new employees somewhere near the center of the rating scale or when the rater routinely "bunches" the rating scores to the center. This occurs because the rater may not be aware of how the rating is to be used, subordinates are not well known or because justification is required in all extreme ratings.

4. Error of Related Traits- occurs when the rater gives the same rating to traits that are considered related in some way. The value of rating each trait separately is lost and the overall rating is less valid.

5. Halo Effect- occurs when the rater let one or two traits dominate the appraisal of the employee. The rater evaluates all remaining traits based on the dominate trait or traits. The Halo effect may also occur when the rater is influenced in a particular category by one outstanding event which occurred in that category.

Result Oriented approaches tend to be more objective. They center on job performance rather than individual traits and generally result in more effective motivation. Moreover. The rater does not have to be a personality expert and can identify effectiveness of performance more readily. Employees want their performance and not their character, discussed during performance review.

# Daily Observation Report

The Daily Observation Report (DOR) is completed each day the FTO. This report is a permanent record of the trainee's progress as well as remedial efforts and identified problem areas. The DOR shall be completed and discussed with the trainee before the end of the shift. After this is complete, the FTO shall submit one copy of the DOR to the Training Coordinator along with their overtime slip. The FTO shall also provide a copy of the DOR to the trainee. The trainee will put a copy of the DOR in their training binder in the appropriate week section.

The DOR reflects on five (5) major areas which are divided into twenty-two (22) categories. These categories cover the range of skills necessary to become a proficient police officer. A trainee's performance may be evaluated by actual performance of a particular skill or through verbal, written or simulated testing.

1.  DOR'S are to indicate the phase, week and day of the training.

2.  The shift assignment for that particular day is noted.

3.  A numerical rating, according to the Standardized Evaluation Guidelines, shall be recorded in each observed performance category. "1", "4" and "7" are defined in behavior terms for each category. "2","3","5" and "6" are included to allow the FTO to indicate performance that does not exactly conform to the definition provided by the guidelines. This rating is on a fixed scale, with rating behavior anchors identified. While an FTO has much latitude in application of the various "degrees" of performance, it must remember that any rating in a particular category of "4" or above means that the trainee's performance is acceptable. Narrative comments are required for all ratings in the appropriate space provided.

4.  "N/O" means not observed and refers to any activity listed.

5.  The trainee's signature and the date are required.

6.  The FTO's signature and the date are required

## Standardized Evaluation Guidelines

The following "1","4", and "7" scale value definitions are to be used when rating the trainee officer's behavior in each of the performance categories. It is through the use of these guidelines that program standardization and rating consistency are achieved.

## Appearance

1. General Appearance – evaluates physical appearance, dress, and demeanor.
   (1) Unacceptable-overweight, dirty shoes, wrinkled uniform and or offensive body odor. Uniform fit poorly or is improperly worn. Hair isn't groomed and or in violation of department regulations. Weapon, leather and other equipment is missing or inoperative.

   (4) Acceptable – Uniform is neat and clean, fits and is worn properly. Hair is within regulation and shoes are shined. Weapon, leather and other equipment is clean and operative.

   (7) Superior – Uniform is neat, clean and tailored. Leather is shined and shoes are spit shined. Displays command bearing.

## Attitude

2. Acceptance of Feedback / FTO Program –Evaluate the way a trainee accepts their trainer's criticism and how that feedback is used to further learning process and improve performance.
   (1) Unacceptable – Rationalizes mistakes, denies that errors were made. Is argumentative and refuses to or does not attempt to make corrections. Considers criticism as a personal attack.

   (4) Acceptable – Accepts criticism in a positive manner and applies it to improve performance and further learning.

   (7) Superior-Actively solicits criticism/feedback in order to promote further learning and improve performance. Does not argue or blame others.

3. Attitude Towards Police Work
   (1) Unacceptable – Sees career only as a job, uses job to boost ego, abuses authority, demonstrates little dedication to the principles of the profession.

   (4) Acceptable – Demonstrates an active interest in new career and in police responsibilities.

   (7) Superior – Utilizes off-duty time to further professional knowledge, actively soliciting assistance from others to increase knowledge and improve skills.

Demonstrates concern for the fair and equitable enforcement of the law, maintaining high ideals in terms of professional responsibilities.

**Relationships**

4. Relationships with Citizens and Community-evaluates the trainee's ability to interact with citizens (including suspects) in an appropriate, efficient manner.
   (1) Unacceptable- Abrupt, belligerent, overbearing, arrogant, uncommunicative. Overlooks or avoids "service" aspects of the job. Introverted, insensitive and uncaring. Poor "non-verbal skills.

   (4) Acceptable- Courteous, friendly and empathic. Communicates in a professional and unbiased manner. Is service oriented. Good "nonverbal" skills.

   (7) Superior- is very much at easy with contacts. Quickly establishes rapport and leaves people with the impression that the officer was interested in serving them. Is objective in all contacts. Excellent "non verbal" skills.

5. Relationships with Bureau Members help evaluates the trainee's ability to effectively interact with the department members of various ranks and in various capacities.
   (1) Unacceptable – patronizes FTO/ Superiors/ Peers or is antagonistic towards them. Gossips. Is subordinate, argumentative and sarcastic. Resists instruction or criticism. Considers themselves superior. Belittles others. Is not a team player. Fawns others.

   (4) Acceptable- adheres to the chain of command and accepts their role in the organization. Good peer and FTO relationship and is accepted as a group member.

   (7) Superior- is at ease in contact with all, including superiors. Understands superior's responsibilities. Respects and supports their position. Is a natural group leader. Actively assists others.

**Performance**

6. Driving Skills: Normal Conditions- evaluates the trainee's skill in the operation of the police vehicle under Code 1 or normal driving conditions.
   (1) Unacceptable- Frequently violates traffic laws. Involved in chargeable accidents. Fails to maintain control of the vehicle or displays poor manipulative skills in vehicle operation.

   (4) Acceptable- Obeys traffic laws when appropriate. Maintains control of the vehicle. Performs vehicle operation while maintaining alertness to the surrounding activity. Drives defensively.

   (7) Superior- Sets an example for lawful, courteous driving. Maintains complete control of vehicle while operating police radio, checking hot sheet, etc. Is a superior defensive driver.

7. Driving Skills: Moderate and High Stress Conditions – Evaluates the trainee's skill in vehicle operation under Code 2 or Code 3 situations requiring unusual driving.

11

(1)    Unacceptable- Involved in chargeable accidents. Uses red light and siren unnecessarily or improperly. Drives too fast or too slow; loses control of the vehicle.

(4) Acceptable- maintains control of the vehicle and evaluates driving situations properly.

(7) Superior- Displays a high degree of reflex ability and driving competence. Anticipates driving situations in advance and acts accordingly. Practices defensive techniques. Responds very well relatives to the degree of stress present.

8.  Geography Knowledge/Response Time-evaluates the trainee's awareness of the surroundings, ability to find locations and arrive at destinations within an acceptable period of time.
    (1) Unacceptable- Unaware of locations while on patrol. Improper use of the street maps provided. Unable to relate locations of destinations. Gets lost. Expends too much time getting to destination.

    (4) Acceptable – is aware of locations while on patrol. Proper use of street maps provided. Can relate locations destination. Arrives within reasonable amount of time.

    (7) Superior-Remembers locations from previous visits and does not need the street maps provided to get there. Is aware of shortcuts and utilizes them to save time. High level of orientation to the street and the city.

## Report Writing

9.  Report Writing: Organization/Details-evaluates the trainee's ability to prepare reports that accurately reflect the situation in a detailed, organized manner.
    (1) Unacceptable- Unable to organize information and to reduce it to writing. Leaves out pertinent details in report. Report is inaccurate.

    (4) Acceptable- Completes reports, organizing information in a logic manner. Reports contain the required information and details.

    (7) Superior- reports are a complete and detailed accounting of events from the beginning to end, written and organized so that any reader could understand what occurred.

10. Report Writing: Grammar/Spelling-evaluates the trainee's ability to use proper English, to follow the rules for spelling and to write neatly.
    (1) Unacceptable- Reports are illegible and grammar is at an excessive number of misspelled words. Sentences structure or word usage is improper or incomplete.

    (4) Acceptable-Reports are legible and grammar is at an acceptable level. Spelling is acceptable and errors are rare. Errors, if present, do not impair understanding of the report.

(7) Superior-Reports are very neat legible. No spelling errors r errors in grammar are detected.

## Field Performance

11. Field Performance: Non-Stress Conditions-evaluates the trainee's ability to perform routine, non-stress police activities.
    (1) Unacceptable- When confronted with routine tasks becomes confused and disorientated. Does not/cannot complete task. Takes wrong course of action. Avoids taking course of action.

    (4) Acceptable: Properly asses routine situations, determines appropriate and takes the same course.

    (7) Superior- Properly assess situation, including unusual or complex ones. Determines appropriate course of action and takes same.

12. Field Performance: Stress Conditions- Evaluates the trainee's ability to perform in moderate or high stress situations.
    (1) Unacceptable- Becomes emotional, is panic stricken, cannot function, holds back loses a temper or displays cowardice. Overreacts to situations.

    (4) Acceptable- Maintains calm and self-control in most situations, determines proper course of action and takes it. Does not allow the situation to further deteriorate.

    (7) Superior- Maintains calm and self-control even in the most extreme situations. Quickly restores control in the situation and takes command. Determines the best course of action and does not hesitate in taking it.

## Investigation

13. Interview/Interrogation Skills: evaluates the trainee's ability to use proper questioning techniques; to vary techniques to fit persons being interviewed or interrogated; to follow proper procedure.
    (1) Unacceptable- Fails to use proper questioning techniques. Does not elicit and or record available information. Does not establish appropriate rapport with a subject and or does not control the interrogation of a subject. Fails to give the Miranda Warning.

    (4) Acceptable- Generally uses proper questioning techniques.  Elicits most available information and records same. Establishes a proper rapport with most victims/witnesses. Controls the interrogation of most suspects and generally conducts a proper Miranda Warning.

    (7) Superior- Always uses proper questing techniques. Establishes rapport with all victims/witness. Controls the interrogation of even the most difficult suspects. Conducts successful interrogations.

13

**Self-Initiated Field Activity**

14. Self-Initiation Field Activity- evaluates the trainee's interest and ability to initiate police-related activity. To view the same and to act on even low-priority to the job.

(1) Unacceptable- Does not see or avoid activity. Does not follow-up situations. Rationalizes suspicious circumstances. Does not have a broad orientation to the job.

(4) Acceptable- Recognizes and identifies police-related activity. Has a broad orientation to the job including low priority action. Develops cases from observed activity. Displays inquisitiveness.

(7) Superior- Seldom misses observable activity. Maintains Watch Bulletins and information given at roll call and other briefings and uses that information as "probably causes". Makes good quality arrests and or proper dispositions from observed activity. Thinks well "on their feet".

**Officer Safety**

15. Officer Safety- Evaluates the trainee's ability to perform police tasks without injuring self or others or exposing self or others to unnecessary danger or risk.

(1) Unacceptable-Fails to follow accepted safety procedures or to exercise officer safety.ie.

A.  Exposes weapons to suspect (baton, mace, handgun, etc.)

B.  Fails to keep gun hand free during enforcement situations.

C.  Stands in front of the violator's car door.

D.  Fails to control suspect's movements.

E.  Does not keep suspect /violator's car door.

F.  Fails to use illumination when necessary or uses it improperly.

G.  Fails to advise dispatcher when leaving police vehicle.

H.  Fails to maintain good physical condition.

I.  Fails to utilize or maintain personal safety equipment.

J.  Does not anticipate potentially dangerous situations.

K.  Stands too close to passing vehicular traffic.

L.  Is careless with guns or other weapons.

M.  Stands in front of doors when knocking.

N.  Makes poor choice of which weapon to use and when to use it.

14

O. Fails to cover others officers.

P. Stand between police and violator's vehicle traffic stops

Q. Fails to search police vehicle prior to duty and after transporting suspect.

(4) Acceptable- Follows accepted safety procedures. Understands and apples them.

(7) Superior- Always works safely. Foresees dangerous situations and prepares for them. Keeps partner informed and determines best positions for self and partner. Is not over-confident. Is in good physical condition.

## Problem Solving/Decision Making

16. Problem Solving/Decision Making-evaluates the trainee's performance in terms of ability to perceive, form valid conclusions, arrive at sound judgments and make proper decisions.
    (1) Unacceptable- Acts without thought or good reason. Is indecisive, naïve. Is unable to reason through a problem and come to a conclusion. Cannot recall previous solutions and apply them in like situations.

    (4) Acceptable- Able to reason through a problem and come to an acceptable conclusion in routine situations. Makes reasonable decisions based on information available. Perceives situations as they really are. Makes decisions without assistance.

    (7) Superior- Able to reason through even the most complex situations and is able to make appropriate conclusions. Has excellent perception. Anticipates problems and prepares resolutions in advance. Relates past solutions.

## Police Radio Procedures

17. Radio Operations- evaluate the trainee's ability to use the police radio in accordance with department policy and procedures.
    (1) Unacceptable- Violates policy concerning use of radio. Does not follow procedures or follows wrong procedure.  Does not understand use proper codes/language.

    (4) Acceptable- Follows policy and accepted procedures. Has good working knowledge of most often used sections of code/procedure.

    (7) Superior- Always follows proper procedures, adheres to policy. Has superior working knowledge of all codes and language and applies working knowledge when using police radio.

## Knowledge

18. Knowledge of Bureau Policy/Procedure-evaluates the trainee's knowledge of department procedures and ability to apply this knowledge under field conditions.

(1) Unacceptable- fails to display knowledge of departmental policies, regulations, and procedures or violates same.

(4) Acceptable-Familiar with most commonly applied department policies, regulations and procedure and complies with same.

(7) Superior- Has an excellent working knowledge or department policies, regulations and procedures including lesser known and seldom used ones.

19. Knowledge of Crimes Code/Vehicle Code-evaluates the trainee's knowledge of criminal and traffic statues and the ability to apply that knowledge in the field.
    (1) Unacceptable- Does not know the elements of basic sections of the code. Does not recognize criminal offense or violations when encountered or makes mistakes relative to whether or not crimes r violations have been committed and if so, which crimes or violations.

    (4) Acceptable- Recognizes commonly encountered criminal offenses and applies appropriate section of code. Knows difference between criminal and non-criminal activity.

    (7) Superior- Has outstanding knowledge of criminal codes and traffic violations and applies that knowledge to normal and unusual criminal activity.


20. Knowledge of Criminal Procedure-evaluates the trainee's knowledge of criminal procedures, including laws of arrest and search/seizure. Evaluates the ability to apply these procedures in field situations.
    (1) Unacceptable-Violates procedural requirements. Attempts conduct illegal searches, fails to search when appropriate, attempts to seize evidence illegally, attempts to arrest unlawfully.

    (4) Acceptable- Follows required procedure commonly encountered situations. Conducts proper searches and seizures legally. Arrests are made with legal guidelines.

    (7) Superior- Follows required procedure in all cases, accurately applying law, relative to searching and seizing evidence and effecting arrests.


21. Knowledge of City Ordinances- evaluates the trainee's knowledge of local ordinances and ability to apply that knowledge in field situations.
    (1) Unacceptable- Does not know even most of the often used sections of the codes. Confuses criminal with non- criminal offenses. Does not recognize the offense when committed.

    (4) Acceptable- Knows and recognizes commonly encountered criminal and non-criminal violations. Applies appropriate sections of codes.

    (7) Superior- Has outstanding knowledge of city/county codes and applies that knowledge to criminal and non-criminal activity.

22. Knowledge of RMS Systems- Evaluates the trainee's ability to use RMS systems such as Metro, I-Mobile. And Cody.

(1) Unacceptable- Does not know how to search for input information. Cannot navigate at all through the various functions of the RMS on their own.

(4) Acceptable- Can perform basic search functions. Can enter Information in a timely manner without much assistance needed. Knows the various functions of the different RMS programs. Completes the proper reports in the proper RMS system.

(7) Superior- Searches and inputs information into the correct RMS systems with ease and in a timely manner. Does not need assistance to navigate through the RMS.

**Training Materials**

Each trainee will be provided with the following items:

1. USB Flash Drive: This flash drive will contain electronic copies of Map Book 1, Map Book 2, Street Index, MDJ Map and various "shortcut" pages that will assist the trainee as they complete their everyday tasks. Trainees are encouraged to add any information to their flash drive that they feel may assist them in completing their job duties. The trainee is to bring this flash drive with them every day that they report for duty.

2. Training Materials Binder: This binder will contain paper copies of Map Book 1, Map Book 2, Street Index, MDJ Map and the various shortcut pages. The trainee is to bring this binder with them every day that they report for duty.

3. General Order Binder: This binder will contain copies of all General Orders. The trainee is not required to bring this with them when they report for duty.

4. Training Binder: This binder will contain all documentation in reference to the trainee's FTO training.

    a. The first section of the training binder will contain General Orders which the FTO is required to review with the trainee one on one.
    b. The "Phase" sections will contain the following items: Phase Check –Off Sheet, Phase Open Book Quiz, Phase Closed Book Quiz, Remedial Training Forms and Remedial Training Follow-Up Forms. The "Phase 1" section will also contain the FTO Incident Sign-Off Sheet, which is to be completed through the trainee's FTO training (not just in the first phase).
    c. The "Week" section will contain all of the trainee's DOR's for the week.

As the trainee moves through the various phases of FTO training, the FTO and Supervisor are encouraged to review the material in the trainee's training binder on a daily basis. Please be advised that the information contained in the training binder is considered "Personnel Files" and is sensitive. Trainees will be encouraged to keep their binder out of areas where anyone can access them.

At the completion of FTO training, the trainee will be responsible for turning their training binder in to the Training Coordinator. It should include:

1. All completed Phase Sign-Off Sheets in the appropriate phase sections
2. All completed Open and Closed Book Quizzes in the appropriate sections.
3. All completed DOR's on the appropriate week section.
4. All completed Remedial Training and Remedial Training Follow-Up forms in the appropriate week sections.
5. The completed FTO Incident Sign-Off Sheet in the Phase 1 section.

**Phase Sign-Off Sheets**

The Phase Sign-Off Sheets can be found in the sections for the phase that they correspond to. These sheets direct the FTO in reference to what to review with the trainee every week. As each item is reviewed, the FTO should check it off the Sign-Off Sheet. At the end of the phase, the FTO will review the sheet with the trainee and cover any areas of training that were missed. The trainee and FTO will then sign the sheet and the FTO will turn the sheet into the Platoon Supervisor. The Platoon Supervisor will review the sheet, making sure it is complete and then sign it. Once copy will be submitted by the Platoon Supervisor to the Training Coordinator and another copy will be given to the trainee. The trainee is to put the Phase Sign-Off Sheet in the appropriate phase section in their training binder.

Please note that all of the General Orders listed for review can be found in the first section of the training binder.  Also, there is a section for the FTO, Supervisor and trainee to make comments if necessary.

**Remedial Training Form**

Anytime that a trainee receives a score of "Unacceptable" on a Daily Observation Report, remedial training must be offered to the trainee. The FTO will document remedial training provided to the trainee on the Remedial Training Form and review it with the trainee. When this is complete the trainee and FTO will sign the form. The FTO will then turn the form into the Supervisor. The Supervisor will review the form and sign it. The Supervisor will then submit one copy to the Training Coordinator and will give another copy to the trainee. The trainee will put a copy of this form in their training binder in the section for the week in which they received the remedial training.

**Remedial Training Follow-Up Form**

After remedial training is administrated, the trainee must be tested on their knowledge of the subject and the FTO must complete a Remedial Training Follow-Up Form documenting the trainee's response to the remedial training. After the FTO completes this form, they will review with their trainee. Both will sign the form and the FTO will submit it to the Supervisor. The Supervisor will then review the form and recommend or initiate further action, if necessary. *Please note-if the supervisor recommends or initiates further action, a new Remedial Training form must be completed. After the form is complete, the Supervisor will sign it. One copy will be submitted to the Training Coordinator and another will be given to the trainee. The trainee will put a copy of this form in their training binder in the section for the week in which they received the remedial training follow-up.

**Phase Quizzes**

During each phase an open book and closed book quiz will be administrated to the trainee. The open book quiz will be given to the trainee on the first day of the appropriate phase. The trainee will have until the end of the phase to complete this quiz. Once it is complete, the FTO will review the quiz with the trainee and will document how many answers were correct on the quiz itself. If the trainee answered questions incompletely or incorrectly, the FTO should be administer remedial training and complete a Remedial Training and Remedial Training Follow-Up Form. After the quiz is complete and the FTO and trainee have reviewed it, both sign it. The

19

FTO will submit the quiz to the Supervisor, who will review and sign it as well.  The Supervisor will then submit a copy to the Training Coordinator and will give another to copy to the trainee. The trainee will put a copy of the quiz in their training binder in the section for the phase in which they took the quiz.

The closed book quiz will be administered to the trainee by the supervisor on the last day of the phase. The trainee may not use supplements or materials to help them in answering the questions on the quiz. When the trainee has completed the quiz, the Supervisor will review it with the trainee and will document how many answers were correct on the quiz itself. If the trainee answered questions incompletely or incorrectly, the Supervisor should administer remedial training and complete a Remedial Training and Remedial Training Follow-Up Form. After this is complete, both the trainee and Supervisor will sign the quiz. The Supervisor will then submit one copy to the Training Coordinator and will give another copy will be given to the trainee. The trainee will put a copy of the quiz in their training binder in the section for the phase in which they took the quiz.

For Week 12 (Phase 4) there is only a closed book quiz. This quiz will be administrated to the trainee by the FTO on the first day of Week 12. The FTO will review the quiz with the trainee and complete remedial training if necessary. The FTO will then submit this quiz to the Supervisor. The Supervisor will then review the quiz and sign it.  One completed, signed copy will be submitted to the Training Coordinator. Another copy will be given to the trainee, who will then put the quiz in their training binder under the "Week 12" tab.

**FTO Incident Checklist**

The FTO Incident Checklist can be found in the trainee's training binder under the section "Phase 1" This form is to be completed throughout the trainee's FTO training. The FTO Incident Checklist comprised of different types of incidents and forms that a patrol officer will complete while on duty. As each type of incident or form is completed, the FTO should document the case number, date and their name in the spaces provided. The intent of the form is to make sure that the trainee familiar with various types if incidents and forms than they will need to complete once they are on their own.

At the completion of FTO training, the trainee and the FTO will review the FTO Incident Checklist to ensure that all types of incidents and forms have been covered. They will then sign the form and submit it to the Supervisor. The supervisor will review the form, make sure it's complete and then sign it. The Supervisor will then submit one copy to the Training Coordinator and will give another copy to the trainee. The trainee will put a copy of the FTO Checklist in their binder in the section for phase 1.

**Procedural for Recommending Termination of Employment**

If, during the Field Training and Evaluation Program, it is concluded that a trainee should be recommended of termination, it then becomes necessary that all memoranda have a bearing on the eventual decision be gathered. The memoranda, summarizing the trainee's performance during their total stay in the program, shall be directed to the Training Coordinator. It shall include the writer's recommendation for termination or retention. A memorandum should reflect on the writer's point of view and should not be influenced by other's opinions of the trainee's performance. The memoranda shall reflect the positive aspects of the trainee's performance as well as negative. These memorandums shall be held in strict confidence

The decision to terminate will be made only after all reports have been received and have been reviewed by the program commander and Chief of Police. The Program Commander is responsible for notifying the trainee of intention to recommend dismissal from the department once the decision is made to terminate. The Training Coordinator will take the trainee into the office of the Chief of Police, where the Police Chief will advise the trainee of the termination. All Bureau property will be retrieved at the time of termination.

The trainee, after being informed of their pending dismissal, shall be advised of their rights to resign before termination, even though a trainee may elect to resign at the time they are put on Administrative Leave. All memoranda and other reports shall be completed and maintained in the trainee's files for future reference.

Rev 10/20