# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY TRENT ROBERTS, | : | Civil No. 1:21-CV-1140 |
| Plaintiff, | : | |
| v. | : | |
| DAVID LAU, Detective, *et al.*, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of April, 2024, in accordance with the accompanying memorandum, **IT IS ORDERED** that the motion to dismiss filed by Defendant City of Harrisburg, Doc. 59, is **DENIED.** City of Harrisburg is directed to file a response to the amended complaint in accordance with the Federal Rules of Civil Procedure.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
