# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY TRENT ROBERTS, | : | Civil No. 1:21-CV-01140 |
| Plaintiff, | : | |
| v. | : | |
| DAVID LAU, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 29th day of August, 2025, following a telephone conference with counsel on August 27, 2025, **IT IS ORDERED THAT** the case management deadlines are amended as follows:

| | |
|---|---|
| Discovery Disputes: | September 19, 2025 |
| Fact discovery: | October 31, 2025 |
| Dispositive motions and supporting briefs: | November 28, 2025 |
| Plaintiff's expert reports: | November 28, 2025 |
| Defendant's expert reports: | January 2, 2026 |
| Supplemental and rebuttal expert reports: | January 16, 2026 |
| Expert discovery: | February 13, 2026 |
| Motions in limine and supporting briefs: | March 4, 2026 |
| Pretrial memoranda: | April 1, 2026 |
| Proposed voir dire and jury instructions: | April 1, 2026 |
| Trial:[1] | May 4, 2026 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] The court schedules every civil case on its docket on a trial list date. A trial list date is distinct from a trial date certain. The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain. If any dispositive motion is filed in this case, the court will generally continue the trial list date and stay the pretrial deadlines pending resolution of the dispositive motion. However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.